IRVING NATIONAL BANK OF NEW YORK, Plaintiff in Error, v. Thomas M. BLAKE and Langdon P. Marvin, as Receivers, etc., Defendants in Error. (Circuit Court of Appeals, Second Circuit. May 5, 1924.) No. 360. In Error to the District Court of the United States for the Southern District of New York. Olcott, Bonynge, McManus & Ernst, of New York City (Irving L. Ernst and Joseph Glass, both of New York City, of counsel), for plaintiff in error. Parker & Aaron, of New York City (Herman Aaron, of New York City, of counsel), for defendants in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

---

Clifford LUDVIGH, as Trustee, etc., Plaintiff-Appellee, v. Jacob DIAMOND, Defendant-Appellant. (Circuit Court of Appeals, Second Circuit. May 2 1924.) No. 358. Appeal from the District Court of the United States for the Southern District of New York. Archibald Palmer and David B. Tolins, both of New York City, for appellant. Rosenthal & Heermance, of New York City (S. Michael Cohen, of New York City, of counsel), for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.